United States Courts
Southern District of Texas
FILED

DEC 23 2025

Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

5th Division

| | |
|---|---|
| Jennifer Desir<br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>**-v-**<br>JP asset management LLC<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. ________<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☒ Yes ☐ No |

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jennifer Desir |
| Street Address | 5350 bellaire blvd |
| City and County | Bellaire , harris |
| State and Zip Code | Texas 77401 |
| Telephone Number | |
| E-mail Address | Jennifer.desir220@outlook.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | J&P asset Management |
| Job or Title *(if known)* | |
| Street Address | 1242 Plum Valley Dr, |
| City and County | Frisco , |
| State and Zip Code | Texas, 75033 |
| Telephone Number | |
| E-mail Address *(if known)* | ESAwoodlandsgm@jpassetmanagement.com |

Defendant No. 2

| | |
|---|---|
| Name | Extended Stay America |
| Job or Title *(if known)* | |
| Street Address | 150 Valley wood dr |
| City and County | Spring |
| State and Zip Code | Texas, 77380 |
| Telephone Number | (281) 296- 2799 |
| E-mail Address *(if known)* | ESAwoodlandsgm@jpassetmanagement.com |

Defendant No. 3

| | |
|---|---|
| Name | Extended Stay America |
| Job or Title *(if known)* | |
| Street Address | 1500 N Sam Houston Pkwy E |
| City and County | Houston , |
| State and Zip Code | Texas , 77032 |
| Telephone Number | ( 281) 987-3900 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | WoodSpring Suites |
| Job or Title *(if known)* | |
| Street Address | 14900 North Fwy, |

| | |
|---|---|
| City and County | Houston |
| State and Zip Code | Texas ,77090 |
| Telephone Number | (281) 443-3008 |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

28 U.S.C 1331 , 42 U.S.C 2000a , 42 U.S.C 2000a-1, 18 U.S.C 1344 , 18 U.S.C 2261A

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* ________________, is a citizen of the State of *(name)* ________________.

b. If the plaintiff is a corporation

The plaintiff, *(name)* ________________, is incorporated under the laws of the State of *(name)* ________________, and has its principal place of business in the State of *(name)* ________________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* ____________________, is a citizen of the State of *(name)* ____________________. Or is a citizen of *(foreign nation)* ____________________.

b. If the defendant is a corporation

The defendant, *(name)* ____________________, is incorporated under the laws of the State of *(name)* ____________________, and has its principal place of business in the State of *(name)* ____________________. Or is incorporated under the laws of *(foreign nation)* ____________________, and has its principal place of business in *(name)* ____________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Noted in Complaint

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Complaint is attached .

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Relief is included in attached complaint.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/19/2025

Signature of Plaintiff

Printed Name of Plaintiff Jennifer Desir

Telephone Number

E-mail Address Jennifer.desir220@outlook.com

Street Address 5350 bellaire blvd , Bellaire Texas 77401

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number ____________________

E-mail Address ____________________

# **Complaint**

*Facts*

1.0 Plaintiff frequented these motels often due to homelessness , for months at a time and rotated between two Extended stays America and one woodspring extended stay at those location Plaintiff paid a flat weekly fee , when needed to pay per day until the weekly was ready to be paid Plaintiff would pay the daily despite the price disparity although Plaintiff was a long-term client.

2.0 Plaintiff was discriminated against in all three locations , which was the ESA woodlands , airport , and Woodspring I45 Air tex -11/14 locations. After one month at the airport location or so my fire alarm would go off around midnight or 1 a.m , I would question it the next day and was told by the Manager on duty at the Dee or Dennis that it was to test the alarms , no regards to the timing.

3.0 Since Plaintiff paid weekly and sometimes daily , it was suggested since Plaintiff am never available on time to swipe my payment that I give authorization for the payments , so Plaintiff allowed it , out of nowhere Plaintiff card was charged 10,000 dollars and believe again for 1000 dollars when it was only suggested for just the daily rate , because Plaintiff preferred to pay weekly in person.

4.0 Plaintiff then called again to question the fraudulent charge that was never authorized ,Plaintiff was told the next day it was because the company was doing an audit.

5.0 Plaintiff decided to move back to the Extended stay woodlands location after 6 months or so , A new Manager Candice was brought in , her very first week , Came knocking on my door questioning me about my dog sticker, we had never met before nor was my payment in question , ever since then Plaintiff started getting harassed about her service animal , On a random week I came down to pay my fee and was harassed again about the dog and was told that they do not allow emotional support because of something with ADA, meanwhile she was babysitting a bearded dragon which was pretty clear was just an emotional support animal .

5.0 Week after week I would come down to pay for my weekly and she would harass me and start talking all kind of crazy and get belligerent for no absolute reason but the fact that She no longer wanted Plaintiff to have her regular flat weekly fee of 336 dollars and was told that I would have to start paying more because the daily rate went up and was not be privilege enough to such accommodation specially without my service animal paperwork provided to the system.

6.0 Before her arrival to that location Plaintiff put in several requests about a room change due to the fact that her stovetop has not been working ever since she moved in . A ticket was put in and nothing was fixed even after the maintenance himself came in . On that day before leaving the property the maintenance man came in and started banging really loudly on something, later on that week my piano no longer was fully functionable.

7.0 Between the arguments with Candice , Plaintiff voiced the fact that my fee was as so because they had no other rooms to switch me to and my stovetop was defective , and since that was one of the amenities Plaintiff looked towards when booking and

extended stay , Plaintiff demanded the discount , although not pleased preferred that fee instead of the full amount , within that conversation the manager offered to buy the room a stovetop meanwhile or look to switch the room up . That never happened and later on was told that I would either move to full price or move out because no one forced me to stay.

8.0 Plaintiff one night came home from work around 4:00 a.m in the morning to find herself locked out of her room despite the fact that her room was paid for, with no one to help , this woman who not sure was on watch that night , decided to help by prying the door open and helping me to another room meanwhile the situation was figured out.

9.0That week I was not being forced to pay extra since now I was paying a daily rate instead of my weekly rate and Candice started to lose it again up until The day Plaintiff was unable to pay on time and she found her chance to kick out of the property by saying that I am always late and owed which until that very day was in fact a lie.

10.0 She then got really crazy and called the police stating that Plaintiff did not pay her fee and was no longer welcome to stay on the property and needed to get escorted even though Plaintiff was calm in that situation.

11.0Plaintiff left the property without a dollar in debt to the establishment. Plaintiff later emailed a small complaint to the Organization , Candice claimed to work for "JP asset management" about her behavior. Plaintiff shifted motels again and decided to try the Airport again since there were not too many options to choose from and the fact that her situation was not getting any better housing wise.

12.0 The day I got to the airport location, although the reservation was made and ready , Candice was right there at the front line and the minute I stated that Plaintiff came in

for my reservation Candice told her associate that " Cancel that reservation , She cant stay here" . Plaintiff now has no option but to seek relief from distress and the anguish caused by the organization without ever knowing Plaintiff's reason for stay nor had any complaints prior to her arrival.

*Cause of Actions*

As fully stated therein in paragraphs [ 1.0 - 12.0 ] Plaintiff was not only discriminated against but was subjected to harassment within that organization.

In Paragraph [3.0 & 7.0 ] it was clear that the defendant intent was to defraud Plaintiff, Plaintiff never authorized those charges, the audit was not disclosed prior , a charge in that amount was not discussed given the fact that Plaintiff only paid weekly or daily.

There was specific intent to frighten and harm victim knowingly conducting themselves in a way that would cause Plaintiff distress and to fear .

Although there was direct intimidation , the indirect intimidation by Jp Asset Management was also evident .In that situation Plaintiff felt threatened and experiences great distress given the facts and her livelihood situation at the time.

*Damages*

Plaintiff seek judgement against defendant(s) for : Ten million/10,000,000dollars.

Plaintiff seeks to get relief for the Emotional distress , Inconvenience , Mental anguish , fear from the intimidation , Embarrassment and public humiliation faced by the conduct in the amount of Five million/ 5,000,000 dollars

Plaintiff relies on the court to exercise full power when it comes to exemplary damages as allowed by law.

**Wherefore** , Plaintiff respectfully requests that the court enter judgement in favor of Plaintiff and against the defendant(s) as stated above.